

68-29 Main Street,

Flushing, New York 11367

Tel.: +1 (718) 914-9694

Email: acohen@ealg.law

<u>**VIA ECF**</u>
Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

July 17, 2025

RE: **Riley v. Lovepop, Inc. DOCKET NO. 1:25-cv-189**

Dear Judge Garnett:

    The undersigned represents Amanie Riley, the plaintiff in the above-referenced matter. I write to advise the Court that this case has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement. Thank you for your time and consideration on this matter.

    Respectfully,

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

<u>**/s/ Asher H. Cohen**</u>

By:  Asher H. Cohen, Esq.
     68-29 Main Street,
     Flushing, NY 11367
     Tel: +1 (718) 914-9694
     Email: acohen@ealg.law

