UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------- x
AMANIE RILEY, on behalf of herself and all others similarly situated,

    Plaintiffs,

  v.

Lovepop, Inc.,

    Defendant.
----------------------------------- x

Case no. 1:25-cv-189-MMG

STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: August 13, 2025

_____
Asher Cohen, Esq.
EQUAL ACCESS LAW GROUP, PLLC
68-29 Main Street,
Flushing, NY 11367
O: (844) 731-3343
C: (718) 914-9694
E: acohen@ealg.law
*Attorney for Plaintiff*

_____
Alina Levi
Polsinelli LLP
600 Third Avenue
New York, NY 11016
T. (212) 413-2868
E: alevi@polsinelli.com
*Attorney for Defendant*